## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Thomas Kelly and Reginald Marlow, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| North Fork Oil, LLC, | ) | Case No. 4:12-cv-142 |
| | ) | |
| Defendants. | ) | |

The parties have filed a Joint Stipulation for Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Docket No. 17) and **ORDERS** that this action be dismissed with prejudice.

Dated this 4th day of April, 2013.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court